| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MARTONE & UHLMANN<br>A PROFESSIONAL CORPORATION<br>777 Passaic Avenue, Suite 535<br>Clifton, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>REVERSE MORTGAGE FUNDING LLC<br>4115.0066<br><br>In re:<br><br>Sylvia Susan Hampton | Case No. 23-13593-ABA<br><br>Chapter 13<br><br>Hon. Judge Andrew B. Altenburg Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of REVERSE MORTGAGE FUNDING LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

TO:  Martone & Uhlmann
     777 Passaic Avenue, Suite 535
     Clifton, NJ 07012


DOCUMENTS:
☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.


                                        Martone and Uhlmann, P.C.

                                        By: /s/Dennis P. Uhlmann, Jr.
Dated: 05/09/2023                            Dennis P. Uhlmann, Jr., Esq.